NO. 07-01-0028-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 30, 2001

______________________________

DUANE MULLIN, APPELLANT

V.

IBP, INC. OF NEBRASKA AND TERRY ZIMMERMAN, APPELLEES

_________________________________

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 83,579-E; HONORABLE ABE LOPEZ, JUDGE

_______________________________

Before BOYD, C.J., and QUINN and REAVIS, JJ.

In this appeal, appellant Duane Mullin sought to reverse a summary judgment in favor of appellees IBP, Inc. of Nebraska and Terry Zimmerman in his action for personal injuries.  However, appellant has now filed a motion to dismiss his appeal.

Because appellant has complied with the requisites of Rule 42.1 of the Texas Rules of Appellate Procedure, we grant the motion to dismiss.  Accordingly, this appeal is hereby dismissed.

Furthermore, because this dismissal is at the request of appellant and appellees have not contested the motion, no motion for rehearing will be entertained, and our mandate will issue forthwith.   

John T. Boyd

 Chief Justice

Do not publish.